■

**STATE of Missouri, Respondent,**

v.

**Joseph L. TAYLOR, Appellant.**

No. ED 105025

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 21, 2017

FOR APPELLANT: Christian Lehmberg, Woodtrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203.

FOR RESPONDENT: Shaun J. Mackelprang, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J. and Philip M. Hess, J.

**ORDER**

PER CURIAM

Joseph Lewis Taylor was convicted following a bench trial in Warren County of second-degree domestic assault arising out of a fight between Taylor and his child's mother, M.J. ("Victim"), in their apartment. Taylor, a prior and persistent offender, was sentenced to eight years' imprisonment. Taylor appeals, contending there was insufficient evidence to support his conviction because the State failed to prove he choked and punched Victim. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

■

**R.R.H., Sr., Petitioner/Respondent,**

v.

**S.M.S., Respondent/Appellant.**

No. ED 104947

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 21, 2017

FOR APPELLANT: Christopher T. Risler, 7800 Forsyth Blvd, Suite 700, Clayton, Missouri 63105.

FOR RESPONDENT: Elizabeth C. Carver, Charles A. Weiss—co-counsel, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, Missouri 63102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

**ORDER**

PER CURIAM

S.M.S. appeals from the judgment of the circuit court granting a Full Order of Protection against him in favor of R.R.H., Sr. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion.

However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Deborah LARSEN, et al., Appellant,**

v.

**PHILIP MORRIS USA, INC., Respondent.**

**No. ED 104718**

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: November 21, 2017

FOR APPELLANT: Mark I. Bronson, Lauren E. Bronson, 2300 West Port Plaza Dr, St. Louis, MO 63146-3213, Stephen M. Tillery, Christopher Hoffman, 505 N. 7th St, Suite 3600, St. Louis, MO 63101, Gerson H. Smoger, 13520 Branch View, Dallas, TX 74234, Maximiliam C. Gibbons, Matthew C. Davies, 205 N. Michigan Ave., Suite 1940, Chicago, IL 60601.

For Respondent: Booker T. Shaw, Felicia R. Williams, One US Bank Plaza, St. Louis, MO 63101.

Before Roy L. Richter, P.J., Robert G. Dowd, Jr., J., and Philip M. Hess, J.

ORDER

PER CURIAM

Deborah Larsen ("Plaintiff"), on behalf of herself and those similarly situated, appeals from the judgment of the trial court, entered pursuant to jury verdict, in favor of Philip Morris USA Inc. ("Defendant"). For the reasons herein, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Julius WEBB, Appellant.**

**No. ED 104324**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

Filed: November 21, 2017

Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102, For Plaintiff/Respondent.

Jessica Hathaway, 120 S. Central Ave. Ste. 130, St. Louis, MO 63105.